UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

ESTEFANIA FLORES SANCHEZ,
Petitioner,

v.

Civil Action No. 1:26-cv-12921-KMW
Judge Karen M. Williams

WARDEN, DELANEY HALL DETENTION FACILITY, et al.,
Respondents.

## REQUEST FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

I, Estefania Flores Sanchez, the Petitioner in the above-captioned matter, am proceeding pro se. I respectfully request that the Court dismiss my Petition for Writ of Habeas Corpus, filed on October 2, 2026 (ECF No. 1), without prejudice.

I am making this request voluntarily. I respectfully ask the Court to close this civil action without deciding the merits of my petition. I understand that dismissal of this habeas case does not itself change my immigration custody status or immigration proceedings.

Thank you for your consideration.

Respectfully submitted,

Estefania Flores Sanchez

ESTEFANIA FLORES SANCHEZ, Pro Se
A-244-560-649
Delaney Hall Detention Facility
451 Doremus Avenue, Newark, NJ 07105

Date: October 18 2026

So Ordered this 20th day of October, 2026

KAREN M. WILLIAMS
United States District Judge